UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                                            Case No. 24-CR-24

ANTHONY V. BROWN, SR.,

      Defendant.

## PRELIMINARY ORDER OF FORFEITURE

Upon the motion of the United States of America pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and upon the entry of the plea agreement, and in consideration of Anthony V. Brown, Sr.'s guilty plea to Counts One, Two and Four of the Indictment, agreed to the forfeiture of all properties described in the Indictment filed on February 13, 2024, and Bill of Particulars filed on February 23, 2024, and Second Bill of Particulars filed on May 16, 2024.

**IT IS HEREBY ORDERED** that all right, title and interest in the following properties are hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853:

1. approximately 216 pairs of luxury sneaker and other shoes;
2. a 1999 Porsche Boxster;
3. a 2019 modified Ford F250 pickup truck;
4. a 2014 modified Jeep Wrangler;
5. a 2017 Kawasaki sport motorcycle;
6. a yellow 2016 Chevrolet Corvette; and
7. approximately $7,000 in United States currency.

**IT IS FURTHER ORDERED** that the above listed items shall be seized forthwith by the Federal Bureau of Investigation, the United States Marshals Service; or its duly authorized representative.

**IT IS FURTHER ORDERED** that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this order and of its intent to dispose of the properties according to law.

**IT IS FURTHER ORDERED** that the terms of this Order shall be recounted in the defendant's Judgment and Commitment Order.

Dated at Green Bay, Wisconsin, this 8th day of July, 2024.

s/ William C. Griesbach  
WILLIAM C. GRIESBACH  
United States District Judge

2